No. 90–8122. RIVERA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 91–5036. HALE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 91–5184. STOCKTON v. VIRGINIA. Sup. Ct. Va. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 91–5252. ROPER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 90–8405. ZETTLEMOYER v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari limited to Question 3 presented by the petition.

No. 90–8495. KELLEY, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, KELLEY, ET AL. v. J. C. PENNEY CASUALTY INSURANCE CO. Sup. Ct. Cal. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 91–7. RICHARDSON ENGINEERING CO. v. WILLIAM L. CROW CONSTRUCTION CO. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 91–36. JURGENS ET UX. v. McKASY, DBA TONKA MARKETING, ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 90–7370. WILL v. WILL, 501 U. S. 1233;
No. 90–7893. PERRY v. MICHIGAN ET AL., 501 U. S. 1236; and
No. 90–7907. COSNER v. BEATTY, JUDGE, CIRCUIT COURT OF HENRY COUNTY, 501 U. S. 1236. Petitions for rehearing denied.